RICHARD HAYDEN, PLAINTIFF-PETITIONER, v. JOSEPH CURLEY, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Jacob R. Friedman* and *Messrs. Baker, Garber & Chazen* for the petitioner.

*Mr. Edmond J. Dwyer* for the respondents.

October 3, 1960.   Granted.

HOUSING AUTHORITY OF THE CITY OF TRENTON, PLAINTIFF-RESPONDENT, v. MAURICE A. FINKLE, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. John A. Hartpence* for the petitioners.

*Mr. Mark D. Kaplan, Mr. Jules J. Kelsey* and *Mr. Arthur S. Kelsey* for the respondent.

October 3, 1960.   Denied.